# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Ivan McKinney,** | No. 14-3563 (KM)(JBC) |
| Plaintiff, | |
| v. | **ORDER** |
| **CHRISTOPHER HOLMES, et al.,** | |
| Defendants. | |

**KEVIN MCNULTY, U.S.D.J.:**

  This matter comes before the Court on the Report and Recommendation ("R&R") (DE 107) of the Honorable James B. Clark, United States Magistrate Judge, recommending that the plaintiff's motion to enforce settlement (DE 101) be denied; and plaintiff having objected to the R&R; and the Court having considered all the foregoing, reviewed *de novo* the Magistrate Judge's R&R; and the Court having decided the matter without oral argument pursuant to FED. R. CIV. P. 78; for the reasons given in the accompanying Opinion and for good cause shown:

  **IT IS** this 20th day of December, 2021,

  **ORDERED** that Judge Clark's Report and Recommendation (DE 107) is ADOPTED and plaintiff's motion to enforce settlement (DE 101) is DENIED.

/s/ Kevin McNulty

**KEVIN MCNULTY**
**United States District Judge**